B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of California

In re  Christine Suzanne Cunning
fka Christine Suzanne Swanson ,    Case No.  15-03222-MM13
fka Christine Suzanne Garner
fka Christine Suzanne Colley

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Home Point Financial Corporation | Home Point Financial Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Home Point Financial Corporation
11511 Luna Road, Suite 300
Farmers Branch, TX 75234

Court Claim # (if known): 19-1
Amount of Claim: $378,177.93
Date Claim Filed: 09/15/2015

Phone:
Last Four Digits of Acct #:  5994

Phone:
Last Four Digits of Acct. #:  5994

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                    Date: 01/20/2020
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.